In the Matter of the Judicial Settlement of the Account of KATERINA VASS, as Administratrix, etc., of ANNA KVETKOFF, Deceased. MORRIS WEISS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of KATERINA VASS, as Administratrix, etc., of ANNA KVETKOFF, Deceased. MORRIS WEISS.— Motion denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SEABOARD SURETY COMPANY v. STANDARD ACCIDENT INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SARAH LEWIS and AUGUST LEWIS v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LILLIAN L. RIEGGER, Individually and as Executrix, etc., of ARNOLD F. RIEGGER, Deceased, v. CONSTANTIN RIEGGER and MARY J. MURRAY.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted as indicated in order. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ART EDUCATION PRESS, INC., and REINTHAL & NEWMAN (a Corporation) v. PHILIP SMITH.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LOUIS GALLOPIN v. THOMAS W. LAMONT and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSEMARY W. PATTERSON v. ROGER W. PATTERSON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

## (November 20, 1937.)

FRANK ALTSCHUL and LOUIS J. ELLINGER, as Trustees, etc., of FANNY ELLINGER, Deceased, Appellants, v. CRESCENT-STAR REALTY COMPANY, Respondent, Impleaded with Others.— Order unanimously reversed upon stipulation, without costs, and the matter remitted to Special Term for a new hearing. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (November 26, 1937.)

In the Matter of the Application of JOHN D. TRACY, Petitioner, for a Certiorari Order against MICHAEL A. LYONS, Third Deputy Police Commissioner of the City of New York, LEWIS J. VALENTINE, Police Commissioner of the City of New York, and the POLICE DEPARTMENT OF THE CITY OF NEW YORK, Respondents. — Order of certiorari unanimously dismissed and determination of the respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.